UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-8-09
```

---------------------------------------x

Sue Wong

        Plaintiff(s)

09 CIV. 5252

    -vs-

Notice of a Pretrial Conference

101 Warren Street Associates

        Defendant(s)

---------------------------------------x

    Counsel are directed to appear in Courtroom 20-C on **September 9, 2009** at **10:30 a.m.**, for a pretrial conference, for the purpose of discussing the status of this case. Please notify your adversary as to the date of this conference.

    This conference will not be adjourned except by order of the Court.

SO ORDERED.

DATED: NEW YORK, NEW YORK
    June 8, 2009

            John F. Keenan
            _____
            JOHN F. KEENAN
            U.S.D.J.